IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GARY PAULLIN, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 04-0324-BH-L |
| CITY OF LOXLEY, ALABAMA, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED** and **DECREED** that final **JUDGMENT** be and is hereby entered in favor of Kerry Mitchum, the City of Loxley and Clifford Yetter, its Chief of Police, defendants herein, and against the plaintiff, Gary Paullin, the plaintiff to have and recover nothing of these defendants.  No costs are to be taxed.

**DONE** this 20th day of July, 2006.

      s/ W. B. Hand      
SENIOR DISTRICT JUDGE
